IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY ALLEN FERRELL, SR., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 3:07-0950 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

### ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("Report") in the above-styled matter (Doc. No. 24), to which no timely objections have been filed. Upon review, the Court finds the Report therein to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) is **GRANTED in part**, Defendant's decision is **REVERSED**, and the case is **REMANDED** for consideration by the Administrative Law Judge.

It is so ORDERED.

Entered this the ____ day of December, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT